IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Menlo Equities Development Services Company LLC, | NO. C 07-00089 JW |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| Fourth Quarter Properties XL VIII, LCC, | |
| Defendant. | |

On February 23, 2007, pursuant to the parties' stipulation, the Court stayed the above entitled case to May 23, 2007. (See Docket Item No. 50.) The stay effectively ended yesterday. Accordingly, the Court sets a status conference for **June 11, 2007 at 10 a.m.** The parties shall file a joint status statement no later than June 4, 2007.

Dated: May 24, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony Martin Feeherry afeeherry@goodwinprocter.com
Kirk Martin McAlpin kmm@cmamlaw.com
Laura M Stock lstock@goodwinprocter.com
Robert Bader rbader@goodwinprocter.com
Susan J. Harriman Sharriman@kvn.com
Wendy J. Thurm wthurm@kvn.com

**Dated: May 24, 2007**                                   **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers                    **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**