**GOODWIN PROCTER LLP**
Paul Churchill (SBN 124151)
Robert B. Bader (SBN 233165)
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415.733.6000
Fax: 415.677.9041
rbader@goodwinprocter.com

**GOODWIN PROCTER LLP**
Anthony M. Feeherry (admitted *pro hac vice*)
Laura M. Stock (admitted *pro hac vice*)
Exchange Place
Boston, MA 02109
Tel: 617.570.1000
Fax: 617.523.1231

Attorneys For Plaintiff
MENLO EQUITIES DEVELOPMENT
SERVICES COMPANY LLC

KEKER & VAN NEST, LLP
Susan J. Harriman (SBN 111703)
710 Sansome Street
San Francisco, CA 94111-1704
Tel: 415-391-5400
Fax: 415-397-7188
sharriman@kvn.com

Attorneys for Defendant
FOURTH QUARTER PROPERTIES
XLVIII, LLC

[additional counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENLO EQUITIES DEVELOPMENT SERVICES COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>FOURTH QUARTER PROPERTIES XLVIII, LLC AND DOES 1 THROUGH 100<br><br>Defendants. | Case No. C 07-00089 JW HRL<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Menlo Equities Development Services Company LLC and Defendant Fourth Quarter Properties XLVIII, LLC hereby stipulate to the dismissal with prejudice of the First Amended Complaint in this action.  Each party shall bear its own costs.  Because the case will be dismissed, the parties request that the Court vacate the Status Conference scheduled for June 11, 2007.

Dated:  May 24, 2007.

KEKER & VAN NEST, LLP
Susan J. Harriman
710 Sansome Street
San Francisco, CA  94111-1704
Tel: 415-391-5400
Fax: 415-397-7188

CUSHING, MORRIS, ARMBRUSTER & MONTGOMERY, LLP
Kirk M. McAlpin (admitted *pro hac vice*)
229 Peachtree Street, NE, Suite 2110
Atlanta, GA   30303
Tel: 404-614-8117
Fax: 404-522-0607

By [concurrence obtained, General Order 45, § X.B]
         Kirk M. McAlpin

Attorneys for Defendant
FOURTH QUARTER PROPERTIES XLVIII, LLC

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert B. Bader, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from Kirk M. McAlpin.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 24, 2007 at San Francisco, CA.

Dated: May 24, 2007.

GOODWIN PROCTER LLP
Paul Churchill
Robert B. Bader
101 California Street, Suite 1850
San Francisco, CA 94111
Tel: 415-733-6000
Fax: 415-677-9041

GOODWIN PROCTER LLP
Anthony M. Feeherry
Laura M. Stock
Exchange Place
Boston, MA 02109-2881
Tel: 617-570-1000
Fax: 617-523-1231

By:   /s/ Robert B. Bader

Attorneys for Plaintiff
MENLO EQUITIES DEVELOPMENT SERVICES COMPANY LLC

\*   \*   \*

**[PROPOSED] ORDER**

For good cause shown in the Joint Stipulation of Dismissal, PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is dismissed with prejudice. Each party shall bear its own costs. The June 11, 2007 Status Conference is hereby VACATED.

Dated: May 25 2007

_____
HON. JAMES WARE

LIBA/1768048.1

- 2 -